Argued January 22, reversed and remanded January 28, reconsideration denied March 6, petition for review denied March 26, 1974

STATE OF OREGON, *Appellant, v.*
LeROY McNEAL (No. 73-483-C), *Respondent.*
517 P2d 1232

*Robert M. Burrows,* District Attorney, Grants Pass, argued the cause for appellant. With him on the brief was Richard K. Lane, Deputy District Attorney, Grants Pass.

*J. Marvin Kuhn,* Deputy Public Defender, Salem, argued the cause for respondent. With him on the brief was Gary D. Babcock, Public Defender, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

REVERSED AND REMANDED. *State v. Gunn,* 16 Or App 26, 517 P2d 316 (1973), Sup Ct *review denied* (1974); *State v. Heyer,* 16 Or App 22, 517 P2d 314 (1973), Sup Ct *review denied* (1974).